IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                            )<br>                    Plaintiff,              )<br>        -vs-                                          )<br>                                                            )<br>LEROY E. VOLLMER; CARLA M.      )<br>BROMLY; THE ARTHUR COMPANIES, )<br>d/b/a HARVEY FARMERS ELEVATOR )<br>INC., d/b/a HARVEY FARMERS        )<br>ELEVATOR; CASEY VOLLMER; and  )<br>CODY VOLLMER,                            )<br>                                                            )<br>                    Defendants.          ) | Case No. 4:05-cv-087<br><br>ORDER CONFIRMING SALE |

After an examination of the proceedings of the United States Marshal for the District of North Dakota relative to his sale of the property foreclosed in the above-entitled action, and being satisfied in all respects that the Marshal has conformed to the law,

IT IS ORDERED that the sale of the Marshal, as set forth in the Marshal's return on file with the Clerk of this Court, be and the same is in all things confirmed.

IT IS FURTHER ORDERED that the records of the Clerk of this Court shall show that the Court is satisfied with the legality of the sale.

IT IS FURTHER ORDERED that the United States Marshal for the District of North Dakota shall issue to the purchaser of the real property a Marshal's deed conveying to it all of the interest in the property purchased at the Marshal's sale.

Dated this 13th day of July, 2006.

*/s/ Daniel L. Hovland*
Daniel L. Hovland, Chief Judge
United States District Court